# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| CHARLES WALKER, | : | Case No. 1:20-cv-293 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| DAYTON-PHOENIX GROUP, INC., | : | |
| Defendant. | : | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED
## MOTION TO TRANSFER VENUE (Doc. 6)

This civil action is before the Court on Defendant Dayton-Phoenix Group Inc.'s unopposed motion to transfer venue. (Doc. 6). The motion explains that Defendant inadvertently removed the matter to this Court from the Ohio Court of Common Pleas of Montgomery County, which sits in the Southern District of Ohio's Western Division at Dayton. (*Id.*).

Because this matter was inadvertently removed to the Cincinnati Division, Defendant's motion to transfer venue (Doc. 6) is **GRANTED**. Accordingly, **IT IS ORDERED** that this case be **TRANSFERRED** to the Western Division at Dayton of the United States District Court for the Southern District of Ohio pursuant to 28 U.S.C. § 1404(b) for reassignment to a Judge at that location.

Date: 4/17/2020

*s/Timothy S. Black*
Timothy S. Black
United States District Judge